The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff | NO. CR11-5351BHS |
| v. | FINAL ORDER OF FORFEITURE |
| G.B. BROWN, | |
| Defendant. | |

THIS MATTER comes before the Court on motion of the United States for entry of a Final Order of Forfeiture with respect to the following assets:

1. $49,309.80, more or less, representing the contents of Washington State Employees Credit Union Account Number XXX0372; and
2. $29,700.00, more or less, seized from a 2003 Chevrolet Tahoe, WA license 322YDT, registered to GB Brown.

On October 1, 2013, this Court entered a Preliminary Order of Forfeiture in the above-captioned case forfeiting defendant G.B. BROWN's interest in the above-listed property.

The above-referenced property was subject to forfeiture pursuant to Title 21, United States Code, Section 853, based on the guilty verdict against G.B. Brown as to Possession with Intent to Distribute Oxycodone, as charged in Count One of the Second Superseding Indictment , in violation of Title 21, United States Code, Sections 841(a)(1)

FINAL ORDER OF FORFEITURE
U.S. v. G.B. BROWN (CR11-5351BHS)- 1

841(b)(1)(C), and Title 18, United States Code, Section 2, and the Court's finding that the above described property is subject to forfeiture.

Pursuant to Title 21, United States Code, Section 853(n), the United States published notice on an official internet government forfeiture website, www.forfeiture.gov, starting on October 4, 2013 and running consecutively for thirty days until its conclusion on November 2, 2013.  In the publication, the United States published notice of the Preliminary Order of Forfeiture and the intent of the United States to dispose of the property in accordance with law.  This notice further stated that any person other than the defendant having or claiming an interest in the property was required to file a petition with the Court within sixty (60) days of the first date of publication of the notice, setting forth the nature of the petitioner's right, title, and interest in the property.

All persons and entities believed to have an interest in the property subject to forfeiture were given proper notice of the intended forfeiture.

No petitioners or claimants have come forth to assert an interest in the forfeited property, and the time for doing so has expired.

Accordingly,

IT IS ORDERED, ADJUDGED and DECREED that the following property is hereby fully and finally condemned and forfeited to the United States in its entirety:

1. $49,309.80, more or less, representing the contents of Washington State Employees Credit Union Account Number XXX0372; and
2. $29,700.00, more or less, seized from a 2003 Chevrolet Tahoe, WA license 322YDT, registered to GB Brown.

The United States Marshals Service, and/or its agents and representatives, is authorized to dispose of the above-listed property in accordance with the law.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that no right, title, or interest in the above-described property shall exist in any other party.

//

FINAL ORDER OF FORFEITURE
U.S. v. G.B. BROWN (CR11-5351BHS)- 2

1      The Clerk of the Court is directed to send a copy of this Final Order of Forfeiture

2 to all counsel of record.

3      DATED this 24th day of February, 2014.

4

5

6

7      BENJAMIN H. SETTLE
       United States District Judge

8

9

10

11

12

13

14 Presented by:

15

16

17 /s/ Matthew H. Thomas
   MATTHEW H. THOMAS

18 Assistant United States Attorney
   United States Attorney's Office

19 1201 Pacific Avenue, Suite 700

20 Tacoma, Washington 98402
   Telephone:    253-428-3800

21 Fax:    253-428-3836

22 E-Mail: Matthew.H.Thomas@usdoj.gov

23

24

25

26

27

28

FINAL ORDER OF FORFEITURE
U.S. v. G.B. BROWN (CR11-5351BHS)- 3